## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

PHILLIP M. ARMIJO,

       Case No. 6:17-cv-574

     Plaintiff,

vs.

SANTA FE COUNTY, WARDEN DEREK
WILLIAMS, Individually and in his Official
Capacity, CITY OF SANTA FE, SANTA FE
POLICE OFFICER ANTHONY CURREY,
Individually and in his Official Capacity,

     Defendants.

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, FALSE ARREST, FALSE IMPRISONMENT, NEGLIGENT HIRING, TRAINING AND SUPERVISION, STATE-LAW TORTS AND PUNITIVE DAMAGES AND REQUEST FOR JURY TRIAL

COMES NOW, Plaintiff PHILLIP M. ARMIJO, by and through his undersigned counsel of record, SANDOVAL FIRM (Richard A. Sandoval) and COLLINS & COLLINS (Parrish Collins) and hereby makes his complaint for violation of civil rights, false arrest, false imprisonment, negligent hiring, training and supervision, and punitive damages in violation of New Mexico common law; and for torts suffered in violation of state law; in support of which he states as follows:

1. Plaintiff, Phillip M. Armijo (herein referred to as "Plaintiff"), is a resident of the City of Santa Fe, County of Santa Fe, State of New Mexico.

2. Defendant Officer Anthony Currey (herein referred to as "Defendant Currey"), was at all times material to this Complaint a natural person employed by the City of Santa Fe as a Police Officer and acting under color of state law.

1

3.      Defendant City of Santa Fe is a municipality in the State of New Mexico which at all times material hereto, was the employer of Defendant Currey.

4.      Defendant Warden Derek Williams (herein referred to as "Defendant Williams"), was at all times material to this Complaint a natural person employed by the County of Santa Fe as the Warden of the Santa Fe Adult Correctional Facility and acting under color of state law.

5.      Defendant Santa Fe County is a political subdivision of the State of New Mexico which owned and/or operated the Santa Fe County Adult Correctional Facility and at all times material hereto, was the employer of Defendant Williams.

6.      The events giving rise to the instant Complaint took place in the County of Santa Fe, State of New Mexico.

7.      Plaintiff brings the present action pursuant to 42 U.S.C. §§ 1983, seeking redress to vindicate rights violated under color of state law, and states additional claims brought pursuant to the New Mexico Tort Claims Act, NMSA 1978 § 41-4-1 *et seq.*

8.      This court has personal jurisdiction over all parties to this suit, and subject matter jurisdiction over the matter to be litigated.

9.      Venue is proper before this Court per NMSA 1978 § 38-3-1(A), (G) (1988).

<u>**COUNT 1: FALSE ARREST**</u>

10.      Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

11.      On or about March 8, 2016 Defendant Officer Anthony Currey committed a false arrest upon Plaintiff, causing Plaintiff to suffer personal injuries and extreme emotional distress.

2

12.    Defendant Officer Anthony Currey engaged the Plaintiff and commenced questioning Plaintiff and presented a Warrant for Plaintiff's deceased's brother John K. Armijo (DOD: 12/18/2013).

13.    Plaintiff told Defendant Currey he was not John K. Armijo and made proof of the same by presenting three forms of identification: 1) a valid New Mexico driver's license bearing the name of Plaintiff Phillip M. Armijo, and identifying his date of birth, and photograph; 2) his social security card bearing his name, Phillip Matthew Armijo and social security number; and 3) his Santa Fe Community College ID card, bearing his name Phillip M. Armijo (*see* Exhibit 1 attached).

14.    Defendant Currey proceeded to otherwise harass Plaintiff and then handcuffed and falsely arrest Plaintiff.

15.    Subsequent thereto, Defendant Currey took Plaintiff to the Santa Fe Police Department and booked Plaintiff.

16.    Thereafter, Defendant Currey, took Plaintiff to the Santa Fe County Adult Correctional Facility.  Santa Fe County Adult Correctional Facility knew or should have known Phillip Armijo was not John K. Armijo.  There was no valid warrant nor any other authority for Phillip Armijo's confinement.

## COUNT 2: FALSE IMPRISONMENT

17.    Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

18.    After being taken to the Santa Fe County Adult Correctional Facility, Plaintiff explained to the jailer that he was falsely arrested and presented to the agent of Defendant Santa Fe County Adult Correctional Facility his identifying information.

19.     Defendant Santa Fe County Adult Correctional Facility under the supervision of Warden Derek Williams, proceeded to detain and falsely imprison Plaintiff.

20.     On March 10, 2016, the Honorable Glenn Ellington Ordered the Plaintiff to be immediately released.

21.      Plaintiff was falsely imprisoned for two days in the Santa Fe County Adult Correctional Facility under the supervision of Warden Derek Williams.

### COUNT 3: VIOLATION OF CIVIL RIGHTS – 42 U.S.C. §§ 1983

22.     Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

23.     Plaintiff alleges that his constitutional rights, privileges and immunities have been violated.

24.     Falsely arresting and falsely imprisoning Plaintiff was unreasonable under the prevailing circumstances and thus violated Plaintiff's rights guaranteed under the 4th Amendment to the United States Constitution.

### COUNT 4: NEGELIGENCE AGAINST
### DEFENDANTS CITY OF SANTA FE AND OFFICER ANTHONY CURREY

25.     Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

26.     Defendant Officer Anthony Currey, while acting within the course and scope of his employment as a Police Officer with the City of Santa Fe and as an agent and employee of Defendant City of Santa Fe, owed a duty to Plaintiff to perform his duties in a lawful manner and used his authority and position against Plaintiff in falsely arresting him which constitutes negligence for which Defendant City of Santa Fe is liable and Defendant Officer Anthony Currey is individually liable.

4

27.   Defendant Officer Anthony Currey breached said duty when he used his authority and position against Plaintiff, who was not the individual named in the Warrant.

28.   Defendant Officer Anthony Currey's arrest of the Plaintiff when Defendant Officer Anthony Currey had no lawful authority to arrest Plaintiff constitutes negligence for which Defendant City of Santa Fe is liable and Defendant Officer Anthony Currey is individually liable.

29.   As a proximate result of Defendants City of Santa Fe and Defendant Officer Anthony Currey's negligence, Plaintiff sustained physical and emotional pain and suffering, and was otherwise damaged.

## COUNT 5: NEGELIGENCE AGAINST DEFENDANTS SANTA FE COUNTY AND WARDEN DEREK WILLIAMS

30.   Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

31.   Defendant Santa Fe County by and through its agents, employees or apparent agents in operating the Santa Fe County Adult Correctional Facility, owed a duty to Plaintiff to lawfully perform their duties. Under the authority and supervision of Defendant Warden Derek Williams, Defendant Santa Fe County used its authority and position against Plaintiff in falsely imprisoning him which constitutes negligence for which Defendant Santa Fe County is liable and Defendant Warden Derek Williams is individually liable.

32.   Defendant Santa Fe County under the authority and supervision of Defendant Warden Derek Williams breached said duty when they used their authority and position against Plaintiff, who was not the individual named in the Warrant, to falsely imprison him.

33.   Defendant Santa Fe County under the authority and supervision of Defendant Warden Derek Williams detained the Plaintiff when they had no lawful authority to do so,

thereby constituting negligence for which Defendant Santa Fe County is liable and Defendant Warden Derek Williams is individually liable.

34.     As a proximate result of Defendant Santa Fe County's negligence and the negligence of Defendant Warden Derek Williams, Plaintiff sustained physical injuries, extreme emotional distress, and was otherwise damaged.

### COUNT 6: *RESPONDEAT SUPERIOR* LIABILITY OF THE CITY OF SANTA FE

35.     Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

36.     Defendant City of Santa Fe had a duty to adequately train, supervise and discipline their employees, including Defendant Officer Anthony Currey, in order to protect citizens, including Plaintiff, from unnecessarily being falsely arrested.

37.     The conduct of Defendant Officer Anthony Currey, alleged herein, occurred while he was on duty, in and during the course and scope of his duties and functions as a Police Officer and while he was acting as an agent, officer, servant and employee of the City of Santa Fe.  As a result, Defendant City of Santa Fe is liable to Plaintiff pursuant to the state common law doctrine of *respondeat superior.*

38.     Said Defendant City of Santa Fe was deliberately indifferent to such duties and thereby proximately caused injury to Plaintiff as complained of herein.

### COUNT 7: *RESPONDEAT SUPERIOR* LIABILITY OF SANTA FE COUNTY

39.     Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

6

40.     Defendant Santa Fe County had a duty to adequately train, supervise and discipline their employees, in order to protect citizens, including Plaintiff, from unnecessarily being falsely imprisoned.

41.     The conduct of Defendant Santa Fe County's agents, employees and/or apparent agents alleged herein, occurred while they were on duty, in and during the course and scope of their duties and functions and while acting as an agent, officer, servant and employee of Santa Fe County and the Santa Fe Adult Correctional Facility.  As a result, Defendant Santa Fe County is liable to Plaintiff pursuant to the state common law doctrine of *respondeat superior*.

42.     Said Defendant was deliberately indifferent to such duties and thereby proximately caused injury to Plaintiff as complained of herein.

### COUNT 8: NEGLIGENT HIRING, TRAINING AND SUPERVISION AGAINST THE CITY OF SANTA FE

43.     Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

44.     Defendant City of Santa Fe have and had a duty to properly hire, train and supervise its employees.

45.     While acting within the scope of his duties, Defendant Officer Anthony Currey negligently and intentionally caused Plaintiff to be subject to a false arrest.

46.     Defendant City of Santa Fe, failed to adequately train Defendant Officer Anthony Currey regarding his duties not to falsely arrest individuals in the community.

47.     As an additional, separate, and alternative allegation, the City of Santa Fe failed to adequately supervise Defendant Officer Anthony Currey, to ensure he did not commit a false arrest upon an individual such as the Plaintiff.

7

48.     Defendant's failure to adequately to train and supervise Defendant Officer Anthony Currey was negligent.

49.     As the direct and proximate result of Defendant's actions, inactions, and negligent failures to train and supervise, Plaintiff suffered damages in an amount to be determined at trial.

## COUNT 9: NEGLIGENT HIRING, TRAINING AND SUPERVISION AGAINST SANTA FE COUNTY AND WARDEN DEREK WILLIAMS

50.     Plaintiff reincorporates and re-alleges each and every allegation contained in this Complaint, whether set forth above or below, as if fully set forth herein.

51.     Defendants Santa Fe County and Defendant Warden Derek Williams, have and had a duty to properly hire, train and supervise their employees, agents and apparent agents.

52.     While acting within the scope of their duties employees, agents and apparent agents of Defendant Santa Fe County negligently and intentionally caused Plaintiff to be subject to false imprisonment.

53.     Defendants Santa Fe County and Defendant Warden Derek Williams, failed to adequately train their employees, agents and apparent agents regarding their duties not to falsely imprison individuals in the community.

54.     As an additional, separate, and alternative allegation, Defendant Santa Fe County and Defendant Warden Derek Williams, failed to adequately supervise its employees, agents and apparent agents, to ensure they did not commit a false imprisonment upon an individual such as the Plaintiff.

55.     Defendants' failures to adequately to train and supervise their employees, agents and apparent agents was negligent.

56.     As the direct and proximate result of Defendants' actions, inactions, and negligent failures to train and supervise, Plaintiff suffered damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, the foregoing premises considered, Plaintiff respectfully prays for the following relief:

a.    Compensatory damages for all damages suffered;

b.    Pre- and post-judgment interest, to the fullest extent permissible by law;

c.    Costs, including reasonable attorney fees;

d.    Punitive damages;

e.    Request for jury trial; and

f.    Such other and further relief as this Court deems just and proper.

Respectfully submitted,

SANDOVAL FIRM

*/s/ Richard A. Sandoval*
RICHARD A. SANDOVAL
1442-D South Saint Francis Drive
Santa Fe, NM 87505
(505) 795-7790
rick@sandovalfirm.com

-And-

COLLINS & COLLINS

*/s/ Parrish Collins*
Parrish Collins
P.O. Box 506
Albuquerque, NM 87103-0506
(505) 242-5958
parrish@collinsattorneys.com
***Attorneys for Plaintiff***

9